UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DON ACREE, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 3:11-0982<br>) Judge Sharp |
| METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON<br>COUNTY, *et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court enters the following rulings:

(1) The Report and Recommendation (Docket No. 25) is hereby ACCEPTED and APPROVED, and Plaintiff Don Acree's Objections thereto (Docket No. 28) are hereby OVERRULED;

(2) Defendants' Motions to Dismiss (Docket Nos. 2 and 23) are hereby GRANTED insofar as Defendants seek dismissal of Plaintiff's federal claims on statute of limitations grounds;

(3) The Court hereby DECLINES to exercise jurisdiction of Plaintiff's state law claims, and those claims are hereby REMANDED to the Circuit Court for Davidson County, Tennessee; and

(4) The Clerk is directed to enter final judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE